UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
April 30, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                        )<br>            Plaintiff,                  )<br>v.                                                   )<br>                                                        )<br>WILLIE LEROY THOMAS, II,   )<br>                                                        )<br>            Defendant.               ) | Case No. MAG. 08-0145 DAD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release WILLIE LEROY THOMAS, II, Case No. MAG. 08-0145 DAD, Charge  Title 21 USC § 846; 841, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___  Release on Personal Recognizance

_X_  Bail Posted in the Sum of $ 200,000  secured by parents' property posted

_X_  Unsecured Appearance Bond $200,000 pending posting, co-signed by parents

___  Appearance Bond with 10% Deposit

___  Appearance Bond with Surety

___  Corporate Surety Bail Bond

_X_  (Other)  Pretrial Services Supervision of conditions. Defendant to be released by U.S. Marshal on May 6, 2008 at 8:30 a.m. to Pretrial Services for transport to The Effort.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on April 30, 2008 at  4:00 pm .

By _____
Dale A. Drozd
United States Magistrate Judge